UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE SPENCER
f/k/a Bradley Wayne Chandler,

    Plaintiff,

v.

BARUKH BENJAMIN ROHDE, et al.,

    Defendants.
_____/

Case No. 1:25-cv-1047

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on October 1, 2025, recommending that the Court dismiss this case because venue is improper in this district. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and this case is DISMISSED under 28 U.S.C. § 1406(a) because venue is improper in this district under 28 U.S.C. § 1391.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: October 27, 2025
           /s/ Jane M. Beckering
           JANE M. BECKERING
           United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.